TM:AES
F.#2013R00169

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

PAUL RIVERA,
    also known as "Paul Zance,"
    "Paulee Zance,"
    "Paulie Rivera,"
    "Edgar Rivera,"
    "Zance Rivera" and
    "Steven Rivera,"

              Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C., §§
841(b)(1)(C), 846, 853(a)
and 853(p); T. 18, U.S.C.,
§§ 3551 et seq.)

THE GRAND JURY CHARGES:

CONSPIRACY TO POSSESS COCAINE AND HEROIN
WITH INTENT TO DISTRIBUTE

    1.   On or about January 18, 2012, within the Eastern District of New York and elsewhere, the defendant PAUL RIVERA, also known as "Paul Zance," "Paulee Zance," "Paulie Rivera," "Edgar Rivera," "Zance Rivera" and "Steven Rivera," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved (a) a substance containing heroin, a Schedule I controlled substance, and (b) a substance containing

2

cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(C); Title 18, United States Code, Sections 3551 <u>et seq</u>.)

### CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the above-charged offense, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

3

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

    (Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

*/s/ [signature]*
FOREPERSON

*/s/ Loretta E. Lynch*
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*PAUL RIVERA,*
*also known as "Paul Zance," "Paulee Zance,"*
*"Paulie Rivera," "Edgar Rivera," "Zance Rivera" and "Steven Rivera,"*

Defendant.

# INDICTMENT

(T. 21 U.S.C., §§ 841(b)(1)(C), 846, 853(a) and 853(p); T. 18 U.S.C., §§ 3551 et seq.)

*A true bill.*

_____ /s/ _____
Foreman

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
Clerk

*Bail, $* _____

_____

*Alixandra E. Smith, Assistant U.S. Attorney (718-254-6370)*